denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. 318 U. S. 794.

No. 873. UNITED STATES EX REL. INNES *v.* CRYSTAL, COMMANDING OFFICER. May 24, 1943.

No. 629. UNITED STATES *v.* LEPOWITCH ET AL.;
No. 765. HOPKINS, U. S. DISTRICT JUDGE, *v.* UNITED STATES; and
No. 844. PEARSON *v.* CALIFORNIA ET AL. May 24, 1943. Petitions for rehearing denied. MR. JUSTICE MURPHY took no part in the consideration or decision of these applications. No. 629, 318 U. S. 702; No. 765, 318 U. S. 786; No. 844, 318 U. S. 745.

No. 792. STEPHAN *v.* UNITED STATES. May 24, 1943. The petition for rehearing is denied. MR. JUSTICE MURPHY is of the opinion that the petition for rehearing and the petition for writ of certiorari should be granted. 318 U. S. 781.

No. 459. BUIE *v.* UNITED STATES. June 1, 1943. The second petition for rehearing is denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application.

No. 566. LAFUENTE *v.* COUNTY OF LOS ANGELES. June 1, 1943. The fifth petition for rehearing is denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application.

No. 824. METROPOLITAN-COLUMBIA STOCKHOLDERS, INC. ET AL. *v.* NEW YORK CITY. June 1, 1943.